```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04565
    ANDREW M EHLE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2497


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/15/2007 and was not confirmed.

     The case was dismissed without confirmation 07/24/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED VEHIC     19973.48           .00         1200.00
CONSUMER PORTFOLIO SERV   UNSECURED         NOT FILED          .00             .00
GROSSINGER AUTOPLEX       SECURED NOT I     NOT FILED          .00             .00
NATHANIEL D LAWRENCE      UNSECURED          5837.30           .00             .00
GROSSINGER AUTOPLEX INC   NOTICE ONLY       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          2800.83           .00             .00
CITIBANK                  NOTICE ONLY       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1881.45           .00             .00
COLLECT AMERICA           NOTICE ONLY       NOT FILED          .00             .00
COLLECT AMERICA           NOTICE ONLY       NOT FILED          .00             .00
DEPENDON COLLECTION SE    UNSECURED         NOT FILED          .00             .00
DEPENDON COLLECTION SERV  NOTICE ONLY       NOT FILED          .00             .00
DEPENDON COLLECTION SERV  NOTICE ONLY       NOT FILED          .00             .00
DUPAGE EMERGENCY ROOM PH  UNSECURED         NOT FILED          .00             .00
GOOD SAMARITAN HOSPITAL   UNSECURED         NOT FILED          .00             .00
GOOD SAMARITAN HOSPITAL   NOTICE ONLY       NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED          1197.64           .00             .00
HOUSEHOLD CREDIT          NOTICE ONLY       NOT FILED          .00             .00
HSBC/TAX                  UNSECURED         NOT FILED          .00             .00
NATIONAL CAPITAL MANAGEM  UNSECURED           329.67           .00             .00
LOYOLA UNIVERSITY F E C   UNSECURED         NOT FILED          .00             .00
LOYOLA UNIVERSITY MEDICA  NOTICE ONLY       NOT FILED          .00             .00
MORAINE VALLEY COMMUNITY  UNSECURED           476.00           .00             .00
MORAINE VALLEY COMMUNITY  NOTICE ONLY       NOT FILED          .00             .00
PAYDAY LOANS              UNSECURED         NOT FILED          .00             .00
PREMIER CREDIT CORP       UNSECURED         NOT FILED          .00             .00
PREMIER CREDIT CORP       NOTICE ONLY       NOT FILED          .00             .00
RIVERSIDE PSYCHIATRIC &   UNSECURED         NOT FILED          .00             .00
RIVERSIDE PSYCHIATRIC &   NOTICE ONLY       NOT FILED          .00             .00
RMI/MCSI                  UNSECURED           250.00           .00             .00
RMI/MCSI                  NOTICE ONLY       NOT FILED          .00             .00
SHERMAN FINANCIAL GROUP   UNSECURED         NOT FILED          .00             .00
SHERMAN FINANCIAL GROUP   NOTICE ONLY       NOT FILED          .00             .00
SHERMAN FINANCIAL GROUP   NOTICE ONLY       NOT FILED          .00             .00
SHERMAN FINANCIAL GROUP   NOTICE ONLY       NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04565 ANDREW M EHLE
```

```
T MOBILE                    UNSECURED       174.34           .00           .00
T MOBILE                    NOTICE ONLY   NOT FILED          .00           .00
T MOBILE                    NOTICE ONLY   NOT FILED          .00           .00
UNITED COLLECTIONS          UNSECURED       539.00           .00           .00
UNITED COLLECTION BUREAU    NOTICE ONLY   NOT FILED          .00           .00
AFNI/VERIZON WIRELESS       UNSECURED       354.31           .00           .00
VERIZON WIRELESS            NOTICE ONLY   NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSECURED       786.22           .00           .00
LEDFORD & WU                DEBTOR ATTY   1,993.00                     1,369.04
TOM VAUGHN                  TRUSTEE                                      183.19
DEBTOR REFUND               REFUND                                       576.84

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              3,329.07

PRIORITY                                              .00
SECURED                                          1,200.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,369.04
TRUSTEE COMPENSATION                               183.19
DEBTOR REFUND                                      576.84
                    ---------------        ---------------
TOTALS               3,329.07                    3,329.07
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 10/22/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE